# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| WALTER CHENTLEN, JR., | |
| Petitioner, | 2:23-cv-120 |
| v. | |
| WARDEN-FCI JESUP, | |
| Respondent. | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Walter Chentlen ("Chentlen") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court, **DISMISS without prejudice** Chentlen's 28 U.S.C. § 2241 Petition for failure to follow this Court's directive, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Chentlen in forma pauperis status on appeal.

**SO ORDERED**, this ___2️⃣5️⃣___ day of January, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA